# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 1:17-cr-00357-3 |
| v. | : | |
| | : | (Judge Kane) |
| SEAN MURPHY, | : | |
| Defendant | : | |

## ORDER

**WHEREAS**, on this 20th day of November 2019, there being no objections filed to the Magistrate Judge's Report and Recommendation issued November 5, 2019, **IT IS ORDERED** that this Court accepts the Guilty Plea of the Defendant and sets **February 12, 2020** at **10:00 a.m.**, as the sentencing date in the above case. Said sentencing shall be held in Courtroom No. 1, Ninth Floor, Federal Building, Harrisburg, Pennsylvania.

s/ Yvette Kane
Yvette Kane, Judge
United States District Court
Middle District of Pennsylvania